**Order filed September 30, 2014.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-14-00124-CV

———————

### DATRIL BOSTON, Appellant

### V.

### BRYCE DANIEL, INC. D/B/A FAST & FREE REAL ESTATE, Appellee

On Appeal from the 269th District Court
Harris County, Texas
Trial Court Cause No. 2008-74789

## ORDER

The reporter's record in this appeal was due **March 11, 2014**. *See* Tex. R. App. P. 35.1. Appellant was granted an extension of time to make payment arrangements for preparation of the record and the record was set due on May 13, 2014. On May 30, 2014, the court ordered Kathleen Keese, the official court reporter, to file the record within 30 days. The court reporter responded by stating she still had not received payment for the record. Appellant requested additional

time to pay for the record until July 15, 2014. On August 1, 2014, appellant filed a motion to proceed in forma paupers in the trial court. On August 27, 2014, the court was notified that the trial court had determined that appellant was entitled to proceed without the advance payment of costs. We ordered the record supplemented, and on September 25, 2014, we received a supplement containing the trial court's order signed August 27, 2014, overruling the contest to appellant's declaration in support of his motion to proceed in forma paupers. Therefore, appellant is entitled to have the reporter's record filed without the advance payment of costs. *See* Tex. R. App. P. 20.1. Accordingly, we issue the following order:

We order **Kathleen Keese**, the official court reporter, to file the reporter's record in this appeal on or before **October 30, 2014**.


PER CURIAM